UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHERRI JONES,

    Plaintiff,

v.                                                                                  Case No. 3:15-cv-821-J-34JRK

AT&T UMBRELLA BENEFIT PLAN
NO. 1 and SEDGWICK CLAIMS
MANAGEMENT SERVICES, INC.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 62; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on January 10, 2018. In the Report, Judge Klindt recommends that Defendants' Motion for Summary Judgment, Statement of Undisputed Facts and Incorporated Memorandum of Law (Dkt. No. 58) be granted, that Defendants' Motion to Deem Unopposed Defendants' Motion for Summary Judgment (Dkt. No. 60) be granted, and that the Clerk be directed to enter judgment in favor of Defendants. See Report at 23. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de

-1-

novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 62) is **ADOPTED** as the opinion of the Court.

2. Defendants' Motion for Summary Judgment, Statement of Undisputed Facts and Incorporated Memorandum of Law (Dkt. No. 58) is **GRANTED**.

3. Defendants' Motion to Deem Unopposed Defendants' Motion for Summary Judgment (Dkt. No. 60) is **GRANTED**.

4. The Clerk of Court is directed to enter judgment in favor of Defendants, terminate all pending motions and deadlines as moot, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of February, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Party